UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLINE BRYANT and MAX GRACIA, SR., as
Co-Personal Representatives of the Estate of
MAX GRACIA, JR., II,

                              Case No.  6:17-CV-1423-ORL-31-KRS

       Plaintiffs
vs.

ORANGE COUNTY, FLORIDA, ROBERT J.
BUCK, III, MARY ANNE EVANS, KAREN
CLAIRMONT, ELSA GALLOZA-GONZALEZ
and LYNN MARIE HARTER,

       Defendants.
_____/

## DEFENDANT, KAREN CLAIRMONT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT

Defendant, Karen Clairmont, by and through his undersigned counsel, for answer to Plaintiffs' Complaint admits that Plaintiffs' Decedent, Max Gracia, Jr., II, died on August 10, 2015 while an inmate at the Orange County Jail having been incarcerated in the Orange County Jail since August 6, 2015 after having been arrested by the Orange County Sheriff's Office on multiple felony charges and after having been bitten a Sheriff's Deputy canine in an effort to capture Mr. Gracia after he had robbed a convenience store at gun point.  This Defendant further admits that from August 6 to August 10, 2015, she was a registered nurse employed by Orange County to work in its jail as a licensed registered nurse and during that time, while on shift, was responsible for providing nursing care to inmates in the infirmary area where she worked to include Plaintiffs' Decedent, Max Gracia, Jr., II and that at all times material thereto, Defendant,

1

Karen Clairmont, was acting under the color of state law in the course and scope of her employment with Orange County.

Defendant, Karen Clairmont, denies the remaining allegations of Plaintiffs' Complaint including Counts I, II, III, V, VI and VII as they do not state claims against her, individually, and specifically denies the claims in Count IV of Plaintiffs' Complaint that she had, at any time, acted with deliberate indifference to the health and safety of the Decedent, Max Gracia, Jr., II or with deliberate indifference to his medical needs or that any actions or lack of action she took led to the death of Max Gracia, Jr., II or deprived him of his civil rights.

## **AFFIRMATIVE DEFENSES**

1. Plaintiffs' Decedent, Max Gracia, Jr., II's death was as a result of causes unrelated to any septic condition as a result of his dog bites and therefore, is not related to any action or inaction by Defendant, Karen Clairmont.

2. At no time, did Defendant, Karen Clairmont act with deliberate indifference as to Plaintiffs' Decedent, Max Gracia, Jr., II.

3. The actions of Defendant, Karen Clairmont, were reasonable and appropriate under the circumstances and said Defendant is entitled to qualified immunity.

4. Plaintiffs' Decedent, Max Gracia, Jr., II failed to mitigate his damages by refusing to take medications that otherwise affected his immunity system to be able to withstand results of any infection or sepsis occurring from bites inflicted by an Orange County Sheriff's canine.

5. Defendant, Karen Clairmont, reserves the right to supplement this Answer with additional Affirmative Defenses pending the outcome of discovery in this matter

## DEMAND FOR JURY TRIAL

Defendant Karen Clairmont, hereby requests a trial by jury on all issues and questions so triable.

> s/ Walter A. Ketcham, Jr.
> Walter A. Ketcham, Jr., Esquire
> Florida Bar No. 156630
> Brian F. Moes, Esquire
> Florida Bar No. 39403
> Grower, Ketcham, Eide, Telan & Meltz, P.A.
> PO Box 538065
> Orlando, FL 32853-8065
> Phone: (407) 423-9545
> Fax: (407) 425-7104
> Primary E-mail:waketcham@growerketcham.com
> 1st Secondary E-mail: enotice@growerketcham.com
> 2nd Secondary E-mail: lsase@growerketcham.com
> Counsel for Defendant, Karen Clairmont

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        s/ Walter A. Ketcham, Jr.
        Walter A. Ketcham, Jr., Esquire
        Florida Bar No.  156630
        Brian F. Moes, Esquire
        Florida Bar No.  39403
        Grower, Ketcham, Eide, Telan & Meltz, P.A.
        PO Box 538065
        Orlando, FL  32853-8065
        Phone:       (407) 423-9545
        Fax:   (407) 425-7104
        Primary E-mail:waketcham@growerketcham.com
        1st Secondary E-mail:  enotice@growerketcham.com
        2nd Secondary E-mail:  lsase@growerketcham.com
        Counsel for Defendant, Karen Clairmont