# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLINE BRYANT and MAX GRACIA, SR.**,

      **Plaintiffs,**

v.                                                    Case No: 6:17-cv-1423-Orl-31KRS

**ORANGE COUNTY, FLORIDA, ROBERT J. BUCK, III, MARYANNE EVANS, KAREN CLAIRMONT, ELSA GALLOZA-GONZALEZ and LYNN MARIE HARTER,**

      **Defendants.**

## ORDER TO SHOW CAUSE

It is **ORDERED** that Plaintiffs and Defendant Maryanne Evans shall show cause, in writing by September 28, 2018, why this case should not be stayed as to Ms. Evans based on her filing for bankruptcy.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 17, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party