# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WILLINE BRYANT and MAX GRACIA,
SR. ,

                **Plaintiffs,**

v.                                                 **Case No:   6:17-cv-1423-Orl-31KRS**

ORANGE COUNTY, FLORIDA,
ROBERT J. BUCK, III , MARYANNE
EVANS, KAREN CLAIRMONT, ELSA
GALLOZA-GONZALEZ and LYNN
MARIE HARTER,

                **Defendants.**

---

## ORDER AND DIRECTION TO THE CLERK

The Court's Order permitting counsel for Plaintiffs to withdraw, Doc. No. 75, is hereby **VACATED**. Plaintiff Willine Bryant has notified the Court that she objects to counsels' withdrawal from representation in this case. Accordingly, Plaintiffs' Unopposed Renewed Motion to Withdraw, Doc. No. 74, is **DENIED without prejudice**. Counsel for Plaintiffs, Jason J. Recksiedler, Esq., and Stephen J. Calvacca, Esq., shall promptly provide Plaintiffs with a copy of this order and speak to each of them, in person or by telephone, in a good faith effort to resolve any remaining issues regarding their continued representation of Plaintiffs in this case. The **Clerk of Court** is directed to reinstate Attorneys Recksiedler and Calvacca as counsel of record for Plaintiffs on the docket.

      **DONE** and **ORDERED** in Orlando, Florida on January 16, 2019.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE