# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLINE BRYANT and MAX GRACIA, SR.,**

    **Plaintiffs,**

**v.**                                                           Case No: 6:17-cv-1423-Orl-31KRS

**ORANGE COUNTY, FLORIDA, et al.,**

    **Defendants.**

## ORDER TO STRIKE

This cause came on for consideration by the Court *sua sponte*. Counsel for Plaintiffs filed a document titled, "Counsels' Notice of Compliance and Response to Notice and Direction to the Clerk" (Doc. No. 77) in the above-styled case. It does not appear to be a filing that is authorized by the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida. Therefore, the document is **ORDERED** stricken and the **Clerk of Court** is **DIRECTED** to delete it from CM/ECF.

If counsel seek affirmative relief from the Court, that request should be in the form of a motion that complies with the Local Rules. If a renewed motion to withdraw is filed by counsel, it must be supported by sworn statements (affidavits or declarations) from each of the Plaintiffs stating that they do not oppose withdrawal of counsel and that they understand that they may not be able to prosecute this case unless and until they are represented by counsel.

**DONE** and **ORDERED** in Orlando, Florida on January 18, 2019.

                                                        *Karla R. Spaulding*
                                                        KARLA R. SPAULDING
                                                        UNITED STATES MAGISTRATE JUDGE