# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLINE BRYANT and MAX GRACIA, SR. ,**

  **Plaintiffs,**

**v.**                   Case No: 6:17-cv-1423-Orl-31KRS

**ORANGE COUNTY, FLORIDA, ROBERT J. BUCK, III , MARYANNE EVANS, KAREN CLAIRMONT, ELSA GALLOZA-GONZALEZ and LYNN MARIE HARTER,**

  **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **DEFENDANT, MARYANNE EVANS' MOTION TO FILE DOCUMENTS UNDER SEAL (Doc. No. 80)**
>
> **FILED:**    **January 31, 2019**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

Defendant Maryanne Evans may file the medical records of Max Gracia, Jr., referenced in the instant motion under seal in support of her motion for summary judgment. Defendant Evans should also provide a courtesy copy of the documents filed under seal to the chambers of the presiding District Judge in a sealed envelope. The presiding District Judge may require that some or all of the sealed information be filed in the public record if he determines, after reviewing the sealed filings, that the information should be filed in the public record.

At the conclusion of the case, including all appeals therefrom, the Clerk of Court is directed to return the documents filed under seal to counsel for Defendant Evans.

**DONE** and **ORDERED** in Orlando, Florida on February 1, 2019.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE