# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

WILLINE BRYANT a/k/a WILLINE GRACIA
and MAX GRACIA SR., as
Co-Personal Representatives of
the Estate of MAX GRACIA JR., II,

Plaintiffs,　　　　　　　　　　CASE NO:  6:17-CV-1423-ORL-31-KRS

v.

ORANGE COUNTY, FLORIDA,
ROBERT J. BUCK, III,
MARYANNE EVANS,
KAREN CLAIRMONT,
ELSA GALLOZA-GONZALEZ, and
LYNN MARIE HARTER,

Defendants.
_____/

## PLAINTIFFS' AGREED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CLAIRMONT'S MOTION FOR SUMMARY JUDGMENT

COME NOW, Plaintiffs, by and through their undersigned counsel, and file this Agreed to Motion for Extension of Time to Respond to Defendant Karen Clairmont's Motion for Summary Judgment (Doc. 85). In furtherance thereof, undersigned counsel state as follows:

1. The Court originally set March 6, 2019 as the date by which Plaintiffs were to respond to Defendant Clairmont's timely motion for summary judgment. (Doc. 86).

2. The remaining Defendants failed to timely file their motions for summary judgment. In a motion unopposed by Plaintiffs (Doc. 89), counsel for the remaining Defendants was permitted to late file his motion for summary judgment. (Doc. 88). Plaintiffs were then given until March 11, 2019 to file their response to said motion. (Doc. 92).

3. In the interest of judicial economy, Plaintiffs intended to file a consolidated response to all pending motions for summary judgment in view of the overlap of legal and factual issues. Accordingly, Plaintiffs now request that their time to file a response to Defendant Clairmont's motion for summary judgment be extended to March 11, 2019 so as to permit to consolidate a response.

**WHEREFORE,** Plaintiffs and counsel respectfully request that their time to respond be extended to March 11, 2019.

      **/s/ Jason J. Recksiedler, Esquire**
      JASON J. RECKSIEDLER, ESQ.
      Florida Bar No.: 092060
      NEJAME LAW, P.A.
      189 S. Orange Avenue, Suite 1800
      Orlando, FL 32801
      Telephone: 407-500-000
      Facsimile: 407-802-1709
      Email for service (FL R.Jud.Admin.2.516):
      Primary email: Jason@nejamelaw.com;

Secondary email: ;
Litigation@nejamelaw.com

**/s/ Stephen J. Calvacca, Esquire**
STEPHEN J. CALVACCA, ESQUIRE
Florida Bar No.: 561495
NEJAME LAW, P.A.
189 S. Orange Avenue, Suite 1800
Orlando, FL 32801
Telephone: 407-500-000
Facsimile: 407-245-2980
Email for service (FL R.Jud.Admin.2.516):
Primary email: civilservice@nejamelaw.com;
Secondary email: Stephen@nejamelaw.com;
Darlene@nejamelaw.com
*Attorneys for Plaintiffs*

## COMPLIANCE WITH LOCAL RULE 3.01(g)

I HEREBY CERTIFY that on February 21, 2019, I telephonically communicated with opposing counsel regarding this matter, Walter Ketchum, and that he agrees to the relief sought by this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court and a true and correct copy of the foregoing has been furnished through the CM/ECF portal of the Middle District of Florida to opposing counsel and that I have mailed same by U.S. mail to both Max Gracia, Sr., and Willine Bryant a/k/a Gracia at their respective addresses on file on February 21, 2019.

*/s/ Stephen J. Calvacca*, **Esquire**
STEPHEN J. CALVACCA , ESQUIRE
Florida Bar No.: 561495