**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WILLINE BRYANT and MAX GRACIA, SR., as Co-Personal Representatives of the Estate of MAX GRACIA, JR., II,

Plaintiff,

v.

CASE NUMBER: 6:17-CV-1423-ORL-31-KRS

ORANGE COUNTY, FLORIDA, ROBERT J. BUCK, III, MARYANNE EVANS, KAREN CLAIRMONT, ELSA GALLOZA-GONZALEZ, and LYNN MARIE HARTER,

Defendants.
_________________________________________/

## NOTICE OF JOINT INTERLOCUTORY APPEAL

NOTICE IS HEREBY GIVEN that Defendants ROBERT J. BUCK, III and KAREN CLAIRMONT jointly appeal to the United States Court of Appeals for the Eleventh Circuit from this Honorable Court's Order denying their motions for summary judgment entered April 24, 2019. (Doc. 103.) The Order found as a matter of law that Appellants are not entitled to qualified immunity.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by Electronic Mail to Jason J. Recksiedler, Esquire, Stephen J. Calvacca, Esquire, Nejame Law, P.A., 189 S. Orange Avenue, Suite 1800, Orlando, FL 32801, jason@nejamelaw.com; litigation@nejamelaw.com; Laura.Beltran@nejamelaw.com; civilservice@nejamelaw.com; stephen@nejamelaw.com; darlene@nejamelaw.com; Gail C. Bradford, Esquire, William E. Lawton, Esquire, Eric J. Netcher, Esquire, Dean, Ringers, Morgan & Lawton, P.A., 201 East Pine

Street Suite 1200, Orlando, FL 32801, gbradford@drml-law.com; Suzanne@drml-law.com; wlawton@drml-law.com; Marla@drml-law.com; enetcher@drml-law.com; on this 14 day of May, 2019.

| | |
|---|---|
| */s/ Derek J. Angell*<br>_____________________________<br>DEREK J. ANGELL, ESQUIRE<br>Florida Bar Number: 73449<br>DAngell@oconlaw.com<br>O'CONNOR & O'CONNOR, LLC<br>800 North Magnolia Avenue, Ste 1350<br>Orlando, FL 32803<br>(407) 843-2100<br>(407) 843-2061 Facsimile<br>*Attorneys for Defendant, Robert Buck, III* | */s/ Walter A. Ketcham*<br>_________________________________<br>WALTER A. KETCHAM, JR., ESQUIRE<br>Florida Bar Number: 156630<br>waketcham@growerketcham.com<br>Brian F. Moes, Esquire<br>Florida Bar Number: 39403<br>bfmoes@growerketcham.com<br>GROWER, KETCHAM, EIDE, TELAN & MELTZ, P.A.<br>PO Box 538065<br>Orlando, FL 32853-8065<br>Phone: (407) 423-9545<br>Fax: (407) 425-7104<br>*Attorneys for Defendant, Karen Clairmont* |