UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLINE BRYANT,**

    **Plaintiff,**

v.   Case No:   6:17-cv-1423-Orl-31LRH

**ORANGE COUNTY, FLORIDA and
KAREN CLAIRMONT,**

    **Defendants.**

_____/

## NOTICE

Notice is given that this case settled at the settlement conference held earlier today.

**DONE** in Orlando, Florida on July 29, 2020.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record