# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

WILLINE BRYANT,

       Plaintiff,

v.                               Case No:  6:17-cv-1423-Orl-31LRH

ORANGE COUNTY, FLORIDA and KAREN CLAIRMONT,

       Defendants.

| UNITED STATES MAGISTRATE JUDGE: | Embry J. Kidd | COURTROOM: | 4C |
|---|---|---|---|
| DEPUTY CLERK: | T. LeGros | COUNSEL FOR PLAINTIFF: | Valerie A. Conzo |
| AUDIO RECORDING: | Digital Orlando_Digital_Transcripts @flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Orange Co. FL - Dennis R. O'Connor<br><br>Karen Clairmont- Walter A. Ketcham, Jr. |
| DATE/TIME:<br><br>TOTAL TIME: | July 29, 2020<br>9:30 A.M.- 11:53 A.M<br><br>2:23 | | |

## CLERK'S MINUTES
## SETTLEMENT CONFERENCE

Court addresses parties and begins settlement conference.
The parties attended with appropriate representatives and reached a SETTLEMENT.
Conference concludes at 11:53 A.M.