# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLINE BRYANT,**

      **Plaintiff,**

**v.**                                            Case No:   6:17-cv-1423-Orl-31LRH

**ORANGE COUNTY, FLORIDA and
KAREN CLAIRMONT,**

      **Defendants.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice entered by United States Magistrate Judge Embry J. Kidd declaring a settlement of this case (Doc. 146), it is

**ORDERED** that this case is **DISMISSED** without prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 30, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties